UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | Case No. 16-10204 |
| LaSages Marie Thompson, | Chapter 13 |
| Debtor. | |
| Capital One, N.A., its assignees and/or successors in interest, | Hearing:<br>Date: 07/25/2017<br>Time: 11:00 a.m. |
| Movant, | |
| vs. | |
| LaSages Marie Thompson;<br>S. J. Beaulieu, Jr., Trustee, | |
| Respondents. | |

## JOINT STIPULATION

This matter was noticed and scheduled for hearing on the 25th day of July, 2017 at 11:00 a.m. to consider the Motion for Relief from the Automatic Stay filed by Capital One, N.A., its assignees and/or successors in interest, ("Movant" herein), a creditor herein. It is agreed by and between Capital One, N.A., its assignees and/or successors in interest, through its counsel, Stephen D. Wheelis, Esquire, retained counsel for Movant, and Debtor, LaSages Marie Thompson, through her counsel, Timothy P. Kirkpatrick, Esquire, and Chapter 13 Trustee, S. J. Beaulieu, Jr., with respect to the automatic stay of 11 U.S.C. §362(a) as follows:

**IT IS ORDERED THAT:**

1. Debtor shall maintain the regular monthly payments on Movant's loan obligation, encumbering the subject Property, generally described as **6541 Coventry Street, New Orleans, Louisiana 70126**, in a timely fashion, commencing with the July 1, 2017 payment. Payments on

Movant's loan obligation shall be made to Movant Capital One, N.A., Payment Processing, P.O. Box 105385, Atlanta, Georgia 30348.

2.    Debtor shall pay off arrearages in the total amount of $5,663.70, representing the regular monthly payments ($607.85 each) for September 2016 through November 2016, the regular monthly payments ($485.11 each) for December 2016 through June 2017, plus attorney's fees of $531.00, less unapplied suspense of $-116.62. Said arrearages shall be paid in monthly installments of $468.48 each, commencing August 15, 2017, and continuing on the 15th day of each month thereafter until July 15, 2018, with the balance of $388.66 to be paid on or before July 15, 2018. Said payments shall be made to Movant Capital One, N.A., Payment Processing, P.O. Box 105385, Atlanta, Georgia 30348.

3.    In the event Debtor fails to timely and properly comply with the payments set forth in Paragraph 1 or 2 hereinabove, Movant may send by regular mail a Letter of Default to Debtor and Debtor's counsel. Debtor shall have fifteen (15) days from the date of mailing of said Letter within which to cure the existing breach. A cure of the breach shall include, but not be limited to, any late charges, costs and/or advances due pursuant to the Note. If upon the sixteenth (16th) day Debtor has failed to cure the delinquency, then Movant shall serve and lodge a Declaration Re Non-Compliance along with a final Order for Relief from Automatic Stay. Upon the entry of said Order, the Automatic Stay in the above-entitled bankruptcy proceeding shall be immediately vacated and extinguished for all purposes as to Movant, allowing Movant to proceed with foreclosure of the subject Property, pursuant to applicable State law.

4.    Any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

5.    Should Movant obtain relief from the automatic stay due to a breach of the terms of this Order, any relief from the Automatic Stay shall provide for the 14-day stay described by Bankruptcy Rule 4001(a)(3) to be waived.

6.  In the event the instant bankruptcy proceeding is dismissed or discharged, this Consent Order shall be terminated and have no further force or effect.

/s/ *Stephen D. Wheelis*
STEPHEN D. WHEELIS
Louisiana Bar No. 17205
Retained Counsel
Wheelis & Rozanski
P.O. Box 13199
2312 South MacArthur Drive
Alexandria, Louisiana 71301
(318) 445-5600
C.270-168

/s/ *Timothy P. Kirkpatrick*
TIMOTHY P. KIRKPATRICK
Louisiana Bar No. 20251
Attorney for Debtor
Kirkpatrick and Associates
3501 North Causeway Boulevard, Suite 750
Metairie, Louisiana 70002
(504) 828-3311
kirkpatrick@kirkpatrick-law.com