UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re<br><br>LaSages Marie Thompson,<br><br>    Debtor. | Case No. 16-10204<br><br>Chapter 13 |
| Capital One, N.A., its assignees and/or successors in interest,<br><br>    Movant,<br><br>vs.<br><br>LaSages Marie Thompson;<br>S. J. Beaulieu, Jr., Trustee,<br><br>    Respondents. | Hearing:<br>Date: 07/25/2017<br>Time:11:00 a.m. |

## ORDER APPROVING TERMS OF STIPULATION

    This matter was noticed and scheduled for hearing on the 25th day of July, 2017 at 11:00 a.m. to consider the Motion for Relief from the Automatic Stay (P-28) filed by Capital One, N.A., its assignees and/or successors in interest, ("Movant" herein), a creditor herein and the Stipulation resolving the Motion ("Stipulation, P-47) signed by Mover and Counsel for Debtor.

    The Court having considered the merits of the Motion and all exhibits attached thereto as well as the Stipulation terms.

    **IT IS ORDERED THAT:**

    1.    Debtor shall maintain the regular monthly payments on Movant's loan obligation, encumbering the subject Property, generally described as **6541 Coventry Street, New Orleans, Louisiana 70126**, in a timely fashion, commencing with the July 1, 2017 payment. Payments on Movant's loan obligation shall be made to Movant Capital One, N.A., Payment Processing, P.O. Box

105385, Atlanta, Georgia 30348.

2. Debtor shall pay off arrearages in the total amount of $5,663.70, representing the regular monthly payments ($607.85 each) for September 2016 through November 2016, the regular monthly payments ($485.11 each) for December 2016 through June 2017, plus attorney's fees of $531.00, less unapplied suspense of $-116.62. Said arrearages shall be paid in monthly installments of $468.48 each, commencing August 15, 2017, and continuing on the 15th day of each month thereafter until July 15, 2018, with the balance of $388.66 to be paid on or before July 15, 2018. Said payments shall be made to Movant Capital One, N.A., Payment Processing, P.O. Box 105385, Atlanta, Georgia 30348.

**IT IS FURTHER ORDERED** that should Debtor fail to timely and properly comply with the payments set forth in Paragraph 1 or 2 hereinabove, Movant may send by regular mail a Letter of Default to Debtor and Debtor's counsel. Debtor shall have fifteen (15) days from the date of mailing of said Letter within which to cure the existing breach. A cure of the breach shall include, but not be limited to, any late charges, costs and/or advances due pursuant to the Note. If upon the sixteenth (16th) day Debtor has failed to cure the delinquency, then Movant shall serve and file an Affidavit of Non-Compliance along with a final Order for Relief from Automatic Stay.

**IT IS FURTHER ORDERED** that should any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

**IT IS FURTHER ORDERED** that in the event the instant bankruptcy proceeding is dismissed or discharged, this Consent Order shall be terminated and have no further force or effect.

**IT IS FURTHER ORDERED** that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 19, 2017.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge